NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARENDI S.A.R.L.,**
*Appellant*

v.

**APPLE INC., GOOGLE INC., MOTOROLA MOBILITY LLC,**
*Cross-Appellants*

---

2015-2069, 2015-2070, 2015-2071

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00206, IPR2014-00207.

---

## JUDGMENT

---

BRUCE D. SUNSTEIN, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for appellant. Also represented by ROBERT M. ASHER.

JOSEPH R. PALMORE, Morrison & Foerster LLP, Washington, DC, argued for cross-appellants. Cross-Appellant Apple Inc. also represented by SETH W. LLOYD, BRIAN ROBERT MATSUI; DAVID LEE FEHRMAN, MEHRAN ARJOMAND, Los Angeles, CA.

ROBERT J. KENT, Turner Boyd LLP, Redwood City, CA, for cross-appellants Google Inc., Motorola Mobility LLC. Also represented by MATTHEW A. SMITH.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, LINN, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 11, 2016 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |